UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

RICHARD SAPIENZA, ET AL.        CIVIL ACTION NO. 16-1701

VERSUS                          UNASSIGNED DISTRICT JUDGE

DAVID O TRAHAN, ET AL.          MAGISTRATE JUDGE HANNA

**ORDER**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Preliminary Injunction [Rec. Doc. 61], including the request for attorney fees, is **DENIED**, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 1st day of December, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT